AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | United States Courts | **CRIMINAL COMPLAINT** |
|---|---|---|
| V. | Southern District of Texas FILED | |
| Kelvin Adauri Lopez-Villatoro | *May 24, 2023* | Case Number: M-23-0979-M |
| | Nathan Ochsner, Clerk of Court | |

IAE    YOB: 1989
Guatemala

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __May 22, 2023__ in __Starr__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Kelvin Adauri Lopez-Villatoro was encountered by Border Patrol Agents near Roma, Texas, on May 22, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 22, 2023, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on January 19, 2023, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On November 1, 2022, the Defendant was convicted of Assaulting, Impeding or Obstructing a Federal Officer and sentenced to time served and a thirty-six (36) month supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA D. Chung
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 24, 2023    7:41 AM

/s/ Jose Delgado
Signature of Complainant

Jose Delgado    Border Patrol Agent

**Nadia S. Medrano**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer